Texas, and *Robert O. Fagg,* Assistant Attorney General, for respondent.

No. 654. PAPALARDO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 655. VAUGHAN *v.* MILLER, CLERK, U. S. DISTRICT COURT. C. A. 8th Cir. Certiorari denied.

No. 656. CITY OF HASTINGS, NEBRASKA, *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Sherman E. Burt, Lloyd J. Marti* and *Chauncey C. Sheldon* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter, Willard W. Gatchell* and *William J. Grove* for the Federal Power Commission; and *Oscar Cox* for the Kansas-Nebraska Natural Gas Co., Inc., respondents.

No. 657. HENDERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 658. BENDER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* and *Ezra F. Ressman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell* and *Joseph M. Howard* for the United States.